| | | | | | |
|---|---|---|---|---|---|
| IN THE UNITED STATES | ☒ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER (Specify below) | | **LOCATION NUMBER** |
| IN THE CASE OF | USA v. Lowers | FOR | AT | | |

**FILED**

PERSON REPRESENTED (Show your full name)
Glenn Lowers

APR 09 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☒ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge

District Court
14-30045

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Distribution of Heroin
Poss. with Intent to Dist. Heroin

## INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Whites Greenhouse
- IF YES, how much do you earn per month? $ 1200
- IF NO, give month and year of last employment? ___
- How much did you earn per month? $ ___
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ ___
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, give the amount received and identify the sources: $ 1000 (est) — IL Nati Guard

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, give value and description for each: $ 3000 — 03 Chevy

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Single / Married / Widowed / Separated or Divorced
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| restitution | $ 4700 | $ |
| insurance | $ 140 | $ |
| gas | $ 150 | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 4/9/14