IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,     )
                                   )
             Plaintiff,   )
                                   )   CRIMINAL NO. 14-CR-30045-MJR
vs.                           )
                                   )
                                   )
GLENN P. LOWERS,          )
                                   )
             Defendant.  )

## STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1.     On or about September 3, 2013, in Alton, Illinois, in Madison County within the Southern District of Illinois, the Defendant sold heroin to Joshua Shelton. Defendant made a post-Miranda videotaped statement to Alton police, in which Defendant admitted selling Shelton a $10 "button" of heroin during the afternoon on the day before Shelton's body was found.

2.     Defendant knew that the controlled substance he sold to Joshua Shelton on September 3, 2013 was heroin.

3.     According to Dr. Christopher Long, Ph.D., a toxicologist and professor of toxicology at St. Louis University School of Medicine, Shelton died as a direct result of ingesting heroin, and opiate intoxication was the sole cause of Shelton's death. Defendant does not dispute Dr. Long's expert opinion regarding the cause of Shelton's death.

SO STIPULATED.

STEPHEN R. WIGGINTON
United States Attorney

GLENN P. LOWERS
Defendant

ROBERT L. GARRISON
Assistant United States Attorney

DANIEL L. CRONIN
Attorney for Defendant

Date: 11/13/14

Date: 11/13/14

2